1
2
3
4
5
6
7
8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   OLGA LOPEZ                                    )   Case No. 1:10-cv-01332 LJO JLT
                                                   )
12              Plaintiff,                         )
                                                   )   ORDER ADOPTING FINDINGS AND
13       vs.                                       )   RECOMMENDATIONS IN FULL DENYING
                                                   )   MOTION TO PROCEED IN FORMA
14   HSBC BANK USA, NATIONAL                       )   PAUPERIS AND REMANDING THE
     ASSOCIATION, AS TRUSTEE, UNITED               )   MATTER TO THE KERN COUNTY
15   STATES OF AMERICA, REAL PARTY IN              )   SUPERIOR COURT AND DISMISSING THE
     INTEREST,                                     )   MATTER WITH PREJUDICE
16                                                 )
                Defendants.                        )   (Docs. 1, 2, 4, 6)
17   _____    )

18

19          Olga Lopez is a self-represented litigant who sought to proceed in forma pauperis in an

20   unlawful detainer action that she sought to remove from the Kern County Superior Court. The matter

21   was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 302 and 304.

22          On July 30, 2010, the Magistrate Judge recommended that the motion to proceed in forma

23   pauperis ("IFP") be denied because, after screening the notice of removal, the Court concluded that

24   the matter was frivolous or malicious and filed for purposes of delay.  (Doc. 4) Moreover, the

25   Magistrate Judge recommended that the matter be remanded to the Kern County Superior Court and

26   it be dismissed with prejudice.

27          On August 4, 2010, Lopez filed an Amended Notice of Removal.  (Doc. 5) On August 5,

28   2010, the Magistrate Judge filed an Amended Findings and Recommendations.  (Doc. 6) Once again,

                                                   1

1  the Magistrate Judge recommended that the motion to proceed in forma pauperis ("IFP") be denied

2  because, after screening the amended notice of removal, the Court concluded that the matter was

3  frivolous or malicious and filed for purposes of delay.  (Doc. 6) Moreover, the Magistrate Judge

4  recommended that the matter be remanded to the Kern County Superior Court and it be dismissed

5  with prejudice.  (Doc. 6)

6          In particular, the Magistrate Judge found that there was insufficient evidence of federal court

7  jurisdiction because that the amount in controversy did not exceed $75,000 and there was no

8  evidence that the parties' citizenship was diverse.  (Doc. 6) Moreover, the notice of removal was not

9  timely, there was no evidence that the co-defendant agreed with the removal and judgment had been

10  issued already by the Kern County Superior Court. Id.

11          Although Lopez was granted 14 days from August 5, 2010, or until August 20, 2010, to file

12  objections to the Amended Findings and Recommendations, she did not.

13          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley

14  United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of

15  the case. Having carefully reviewed the entire file, the Court finds that the findings and

16  recommendation are supported by the record and by proper analysis.

17          Accordingly, IT IS HEREBY ORDERED that:

18          1. The amended findings and recommendations filed August 5, 2010, are ADOPTED IN

19  FULL; and

20          2. The matter is remanded to the Kern County Superior Court and the matter is dismissed

21  with prejudice; and

22          3. The Clerk of Court IS DIRECTED to close this action because this order terminates the

23  action in its entirety.

24          IT IS SO ORDERED.

25  **Dated:   August 23, 2010**                    /s/ Lawrence J. O'Neill
26                                          UNITED STATES DISTRICT JUDGE

27

28

2